ANNA DURNIN, Respondent, *v.* ÆTNA LIFE INSURANCE COMPANY, Appellant.

(Argued April 1, 1931; decided April 16, 1931.)

*Charles E. Spencer* for appellant.

*Albert H. Clark* and *Hull Greenfield* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.